UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MADISON and CRYSTAL DOWNS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:05-CV-316 |
| ) | (Jordan/Shirley) |
| CARSON-NEWMAN COLLEGE, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by Order [Doc. 30] of the Honorable Leon Jordan, United States District Judge, for disposition of Plaintiffs' Counsel's Third Motion for Leave to Withdraw [Doc. 29].

Counsel for the Plaintiffs, Margaret Held, moves for a third time for leave to withdraw as counsel of record in this matter. The first two motions were denied for failure to comply with Local Rule 83.4(f). The undersigned conducted a hearing on counsel's motion on May 26, 2006. Appearing on behalf of the plaintiffs was attorney Margaret Held. Appearing on behalf of the defendant was attorney Tim McConnell. The plaintiff Madison Downs was also present. Mr. Downs advised the Court that he did not oppose Ms. Held's motion to withdraw. Mr. McConnell also advised the Court that the defendant did not oppose Ms. Held's motion. The Court finds that counsel has complied with Local Rule 83.4(f), and accordingly, Plaintiffs' Counsel's Third Motion for Leave to Withdraw [Doc. 29] is **GRANTED**.

The undersigned shall conduct a status conference on **June 21, 2006 at 9:30 a.m.**, at which time the plaintiffs shall either appear with new counsel or advise the Court that they intend to proceed *pro se* in this matter. The Court will also address the status of discovery at that time, as well as the need for the extension of any of the deadlines set forth in the Scheduling Order. All such deadlines shall be **STAYED** pending this status conference.

**IT IS SO ORDERED.**

                                              **ENTER:**

                                                   <u>s/ C. Clifford Shirley, Jr.</u>
                                                   United States Magistrate Judge